1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  Case No. 97cr3215 JM
                                   )
11                   Plaintiff,    )
                                   )
12     v.                          )  ORDER **AND JUDGMENT** OF DISMISSAL
                                   )  OF INDICTMENT AND
13  HENRY CESPEDES-BORNER (1),     )  RECALL OF ARREST WARRANTS
    IVAN CESPEDES-BORNER (2),      )
14                                 )
                     Defendants.   )
15  _____)

16       Upon motion of the UNITED STATES OF AMERICA [Docket No. 26] and

17  good cause appearing,

18       IT IS HEREBY ORDERED that the Indictment in the above entitled

19  case be dismissed without prejudice, and the Arrest Warrants be

20  recalled.

21       IT IS SO ORDERED.

22  DATED:  November 29, 2012

23                                 _____

24                                 Hon. Jeffrey T. Miller
                                   United States District Judge

25

26

27

28